```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 13277
   PAUL G BROWN
   SYLVIA BROWN                                   CHAPTER 13

                                                  JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-1006      SSN XXX-XX-9680

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/07/05 and confirmed on 08/11/05.

     2.  The case was dismissed after confirmation, 07/27/2007.

     3.  The Debtor paid a total of $  26435.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UNIVERSAL MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 15730.00 | 1487.93 | 10803.31 |
| FORD MOTOR CREDIT CO | SECURED | 13434.58 | 1297.11 | 9226.80 |
| INTERNAL REVENUE SERVICE | FILED LATE | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 6362.71 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6397.14 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4947.28 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1598.64 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5459.29 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2448.17 | .00 | .00 |
| KOHLS | UNSECURED | 1845.82 | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 883.04 | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1363.86 | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 172.19 | .00 | .00 |
| U S EMPLOYEES CREDIT UNI | UNSECURED | 2752.72 | .00 | .00 |
| WELLS FARCO FINANCIAL IN | UNSECURED | 1041.16 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 1144.39 | .00 | .00 |

```
            Summary of disbursements:
```

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 29164.58 | .00 | 36416.41 | .00 | 65580.99 |
| PRINCIPAL PAID | 20030.11 | .00 | .00 | .00 | 20030.11 |

```
INTEREST PAID              2785.04         .00          .00         .00     2785.04
TOTAL PAID                22815.15         .00          .00         .00    22815.15
```

The Debtor's attorney, GREENBERG & ASSOC              , was allowed $   2700.00
and was paid $    201.00   direct and $   2499.00   through the plan.

The Trustee received $    1120.85 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/11/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE










                            PAGE   2
        CASE NO. 05 B 13277 PAUL G BROWN & SYLVIA BROWN